# EXHIBIT A

STATE OF MICHIGAN
53rd JUDICIAL DISTRICT COURT

| | |
|---|---|
| Marc S. Malec, | Case No.: 14-C00554-SC |
| | Case No.: |
| Plaintiff, | State Court Case No.: 14-1612-SC |
| v. | |
| Merchants and Medical, | |
| Defendant. | |

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that Defendant Merchants & Medical Credit Corporation (captioned as "Merchants and Medical")("Defendant") has on this day filed a Notice for Removal of the above-entitled matter with the United States District Court for the Eastern District of Michigan (a copy of which is attached hereto).

Pursuant to 28 U.S.C. § 1446 (b), all future proceedings in the 53rd Judicial District Court are hereby stayed unless or until this action is remanded.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
Attorneys for Defendant
2723 S. State St., Suite 150
Ann Arbor, MI  48104
(734) 222-5179
Dated: May 18, 2014         colson@olsonlawpc.com

**CERTIFICATE OF SERVICE**

    I, Charity A. Olson, hereby certify that on May 18, 2014, a copy of the foregoing Notice of Removal was served via postage pre-paid, first class mail upon the following:

State of Michigan
53rd Judicial District Court
204 S. Highlander Way
Howell, MI 48843

Marc S. Malec
6120 Mountain Laurel Dr.
Brighton, MI 48116

                                      */s/ Charity A. Olson*
                                      Charity A. Olson