UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| MARC S. MALEC<br>   Plaintiff,<br>vs.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION<br>   Defendant.<br><br>Rex C. Anderson (P47068)<br>Attorney for Plaintiff<br>9349 Lapeer Road<br>Davison, Michigan 48423<br>(810) 653-3300<br>mied@rexandersonpc.com | Case No: 5:14-cv-11974JEL-MJH<br>Honorable Judith E. Levy<br>Magistrate Michael Hluchcaniuk<br><br><br><br>Charity A. Olson (P68295)<br>OLSON LAW GROUP<br>Attorney for Defendant<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>Tel: (734) 222-5179<br>colson@olsonlawpc.com |
|---|---|

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the parties, Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Marc Malec and Defendant, Merchants & Medical Credit Corporation, (collectively, the "Parties"), through their counsel, hereby stipulate and agree, that the above-captioned action be dismissed with prejudice and without costs or fees to either party.

Date: August 19, 2014         Respectfully Submitted,

For Plaintiff,            For Defendants,

By: /s/ Rex Anderson       By: */s/ Charity A. Olson w/ consent*_____
Rex C. Anderson (P47068)      Charity A. Olson (P68295)
REX ANDERSON, PC        OLSON LAW GROUP
9459 Lapeer Road         Attorney for Defendant
Davison, MI  48423        2723 S. State St., Ste. 150
(810)- 653-3300         Ann Arbor, MI 48104
mied@rexandersonpc.com      Tel: (734) 222-5179
                 colson@olsonlawpc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARC S. MALEC<br>    Plaintiff,<br>vs.<br><br>MERCHANTS & MEDICAL CREDIT CORPORATION<br>    Defendant.<br><br>Rex C. Anderson (P47068)<br>Attorney for Plaintiff<br>9349 Lapeer Road<br>Davison, Michigan 48423<br>(810) 653-3300<br>mied@rexandersonpc.com | Case No: 5:14-cv-11974JEL-MJH<br>Honorable Judith E. Levy<br>Magistrate Michael Hluchcaniuk<br><br><br><br>Charity A. Olson (P68295)<br>OLSON LAW GROUP<br>Attorney for Defendant<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>Tel: (734) 222-5179<br>colson@olsonlawpc.com |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation of Dismissal by and between Plaintiff, Marc Malec and Defendants, Merchants & Medical Credit Corporation., (collectively, the "Parties"), and being fully advised in the premises;

**IT IS HEREBY ORDERED AGREED** that the above-captioned action be dismissed with prejudice and without costs or fees to either party.

Dated: _____
                       Honorable Judith E. Levy