# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Marc S. Malec,

              Plaintiff,        Case No. 14-cv-11974
                                      Hon. Judith E. Levy
v.                                    Mag. Judge Michael J. Hluchaniuk

Merchants & Medical Credit Corp.,

              Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

On August 20, 2014, the parties submitted a Stipulation and Order for Dismissal of this action with prejudice. The Court has reviewed the stipulation and accordingly DISMISSES this action with prejudice and without costs or fees to either party.

IT IS SO ORDERED.


Dated: August 20, 2014              /s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                              United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2014.

                                                     <u>s/A. Chubb for Felicia M. Moses</u>
                                                     FELICIA M. MOSES
                                                     Case Manager